UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-00059 ADS                                                     Date: March 7, 2025

Title: *Ameris Bank v. Lemmor Holdings, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 13, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) Defendants' deadline to file a responsive pleading to the Complaint was March 3, 2025. To date, no responsive pleading has been filed and Plaintiff has not requested entry of default. Plaintiff is ordered to show cause in writing no later than March 14, 2025, why this action should not be dismissed for lack of prosecution. Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order to Show Cause may result in the dismissal of the action.

**IT IS SO ORDERED.**

Initials of Clerk kh