JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, | Case No. 8:25-00059 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| LEMMOR HOLDINGS, LLC, et al., | |
| Defendants. | |

On September 12, 2025, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's Motion for Default Judgment against Lemmor Holdings, LLC and Rommel Asagwara (together, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Ameris Bank and against Defendants, jointly and severally, in the total amount of $101,084.79 which represents

1  the sum of $88,371.86 in compensatory damages, $6,924.06 in prejudgment interest,

2  $5,134.87 in attorney fees, and $654.00 in costs.

3       The Clerk is ordered to enter this Judgment forthwith.

4

5  DATED:   09/12/2025

6            /s/ Autumn D. Spaeth
          THE HONORABLE AUTUMN D. SPAETH

7            United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24